IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

**JOSEPH R. TOMELLERI,**

     **Plaintiff,**                                   Case No.: 3:21-cv-259-WMC
                                                          Hon. William M. Conley
v.                                                      Magistrate Stephen L. Crocker

**CURRIER'S LAKEVIEW LODGE, INC.,**

     **Defendant.**

### NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a) INITIAL DISCLOSURES

The undersigned counsel hereby certifies that true and correct copies of Plaintiff's Rule 26(a)

Initial Disclosures were served via email on August 12, 2021 to:

Timothy Jordan
GARAN LUCOW MILLER, P.C.
1155 Brewery Park Boulevard, Suite 200
Detroit, Michigan 48207-2641
Email: tjordan@garanlucow.com
Email: tpowell@garanlucow.com

                                                              Respectfully submitted,

                                                               /s/ Oliver Maguire
                                                               Oliver P. Maguire, Bar No.: 26947
                                                               EVANS & DIXON, LLC
                                                               Corporate Woods | Building 82
                                                               10851 Mastin Boulevard, Suite 900
                                                               Overland Park, Kansas 66210
                                                               Telephone: 913-701-6810
                                                               Facsimile: 314-884-4386
                                                               Email: omaguire@evans-dixon.com
                                                               Email: copyright@evans-dixon.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing Notice of Service of Plaintiff's Rule 26(a) Initial Disclosures was filed on this 20th day of August 2021 using the Court's CM/ECF, which automatically sends notice to all parties.

/s/ Oliver Maguire
Counsel for Plaintiff