UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

JOSEPH TOMELLERI,            Case No. 3:21-cv-00259-wmc
                                           Hon. William M. Conley
    Plaintiff,                  Magistrate Stephen L. Crocker

v.

CURRIER'S LAKEVIEW LODGE, INC.,

    Defendant.

___

## NOTICE OF SERVICE OF DISCOVERY

The undersigned being first duly sworn, deposes and states that Defendant Currier's Lakeview Lodge, Inc.'s First Set of Interrogatories to Plaintiff, First Requests for Production of Documents to Plaintiff, First Requests for Admissions to Plaintiff and this Notice of Service were served upon counsel of record, by email on **August 23, 2021**.

                                                 GARAN LUCOW MILLER, P.C.

                                                 /s/Timothy J. Jordan
                                                 TIMOTHY J. JORDAN (P46098)
                                                 Attorneys for Defendant
                                                 1155 Brewery Park Blvd., Ste. 200
                                                 Detroit, MI  48207-2641
                                                 (313) 446-5531
                                                 tjordan@garanlucow.com

#4661219