UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| JOSEPH TOMELLERI, | Case No. 3:21-cv-00259-wmc |
| | Hon. William M. Conley |
| Plaintiff, | Magistrate Stephen L. Crocker |
| v . | |
| CURRIER'S LAKEVIEW LODGE, INC., | |
| Defendant. | |

## NOTICE OF SERVICE OF DISCOVERY

The undersigned being first duly sworn, deposes and states that Defendant Currier's Lakeview Lodge, Inc.'s Initial Disclosures, Responses to First Requests for Production of Documents, documents CLL000001-CLL00216 and this Notice of Service were served upon counsel of record, by email on **August 23, 2021**.

GARAN LUCOW MILLER, P.C.

/s/Timothy J. Jordan
TIMOTHY J. JORDAN (P46098)
Attorneys for Defendant
1155 Brewery Park Blvd., Ste. 200
Detroit, MI  48207-2641
(313) 446-5531
tjordan@garanlucow.com

#4661219